IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 06-3290 |
| GLENN S. PORZELIUS MASONRY, INC., | ) ) ) | |
| Defendant. | ) ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Plaintiffs' Motion for Default Judgment (d/e 10) against Defendant Glenn S. Porzelius Masonry, Inc. Plaintiffs' Motion seeks contributions due, liquidated damages, interest, and statutory remedies. Plaintiffs ask the Court to order an accounting as to wages received and hours worked by Defendant's employees for the period from January 1, 2005, to the present to determine the amount of contributions owed and for Defendant to pay audit costs. Plaintiffs also seek an award of attorney's fees and costs. As set forth below, Plaintiffs' Motion is allowed, in part, and denied, in part.

1

The Court, being fully advised in the premises, finds that the Defendant has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure. The Magistrate Judge entered an Order of Default (d/e 9) on April 24, 2007. Plaintiffs then filed the instant Motion and served it on Defendant's President and Registered Agent by U.S. mail. Defendant has nevertheless failed to appear.

THEREFORE, Plaintiffs' Motion for Default Judgment (d/e 10) is ALLOWED, in part, and DENIED, in part. The Court orders Defendant Glenn S. Porzelius Masonry, Inc. to appear and produce contribution reporting forms, any and all payroll books and employee records pertinent to this action for the period from January 1, 2005, through the present, at the law offices of Cavanagh & O'Hara, 407 East Adams Street, Springfield, Illinois, on or before June 21, 2007, at 2:00 p.m. The Court denies, without prejudice, Plaintiffs' request for a default judgment at this time. Plaintiffs may renew their request for judgment when they have completed the accounting and ascertained the amounts owed for unpaid contributions and other damages and costs. Plaintiffs' request for attorney's fees and costs is similarly denied without prejudice and may be renewed at a later date.

IT IS THEREFORE SO ORDERED.

ENTER: May 17, 2007.

    FOR THE COURT:

                                        s/ Jeanne E. Scott
                                           JEANNE E. SCOTT
                                UNITED STATES DISTRICT JUDGE